

## ORDERED in the Southern District of Florida on October 18, 2017.

Robert A. Mark, Judge
United States Bankruptcy Court

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                                         Case No. 16-20417-RAM

JOEL GARCIA PADRON,                                        Chapter 13

       Debtors.
_____/

### AGREED ORDER CONTINUING HEARING ON MOTION TO DISMISS OR COMPEL [D.E. #48] AND DIRECTING THE DEBTOR TO SEEK MODIFICATION OF THE PLAN WITHIN SEVEN (7) DAYS

THIS CAUSE was scheduled to be heard before the Court on October 17, 2017 at 9:00 A.M., on the *Motion Dismiss or Compel* [D.E. #48] (the "***Motion***") filed by Wells Fargo Bank, N.A. (the "***Secured Creditor***"). The parties have agreed to a continuance as set forth in this Order. Therefore, it is,

**ORDERED:**

1. Within seven (7) days from the date of this Order, the Debtor is directed to file a Modified Chapter 13 Plan, together with a Motion to Modify, to either a.) provide for cure and

maintain treatment of the Secured Creditor's claim; or b.) remove payments to Secured Creditor from the plan and consent to stay relief upon confirmation of the Modified Plan. Should the Debtor fail to do so, or should the Debtor otherwise fail to prosecute the Motion to Modify once filed, then the Court will consider the Secured Creditor's request for dismissal of this case.

2. The hearing to consider the *Motion Dismiss or Compel* [D.E. #48] is continued to November 14, 2017 at 9:00 A.M. This hearing will be held at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

# # #

Submitted by:
Rachel L. Ahlum, Esq.
Aldridge | Pite LLP
Attorney for Movant
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: RAhlum@aldridgepite.com

*Attorney Rachel L. Ahlum, Esq., is directed to mail a conformed copy of this Order to all interested parties and file a certificate of service reflecting service thereof.*