IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:　　　　　　　　CASE NO. 16-20417-RAM
JOEL GARCIA PADRON　　　　　　　CHAPTER 13

　　　Debtor,
_____/

## DEBTOR'S MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

**DEBTOR, JOEL GARCIA PADRON** (hereinafter referred to as "Debtor") by the undersigned attorney and file this, his Motion to Modify the Confirmed Bankruptcy Plan in this cause and as grounds for this motion would state as follows:

1. Debtor filed for Chapter 13 bankruptcy on July 27, 2016.

2. Debtor was participating in the MMM program, but he was denied a modification.

3. Debtor is modifying to cure and maintain his home mortgage at this present time, but he does not agree with the arrearage on his Proof of Claim.

4. Debtor has filed an objection to the Proof of Claim.

5. That allowing modification, under the attached proposed plan, will help the Debtor facilitate completion of his bankruptcy plan that satisfies all parties of record.

**WHEREFORE**, the Debtor requests that this Honorable Court Grant his Motion to Modify Confirmed Bankruptcy Plan in this cause.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 1st day of December 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com