

**ORDERED in the Southern District of Florida on January 17, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                         Case No. 16-20417-RAM

JOEL GARCIA PADRON,                                        Chapter 13

        Debtor.
_____/

### AGREED ORDER CONTINUING HEARING ON
### MOTION TO DISMISS CASE [D.E. 48] AND OBJECTION TO CLAIM [D.E. 60]

THIS CAUSE having been scheduled to come on to be heard on January 12, 2017 at 9:00 A.M., and based upon the agreement of the parties it is,

**ORDERED:**

1. The hearing to consider the *Motion to Dismiss* [D.E. 48] and the *Objection to Claim* [D.E. 60] is continued to February 13, 2018 at 9:00 A.M. This hearing will be held at the C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

# # #

Submitted by:
Rachel L. Ahlum, Esq.
Aldridge | Pite LLP
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: RAhlum@aldridgepite.com

*Attorney Rachel L. Ahlum, Esq., is directed to mail a conformed copy of this Order to all interested parties and file a certificate of service reflecting service thereof.*