

**ORDERED in the Southern District of Florida on January 19, 2018.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 16-20417-RAM** |
| **JOEL GARCIA PADRON** | **CHAPTER 13** |
|      Debtor, | |
| _____/ | |

**ORDER CONTINUING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.**
**(Claim 3-1) DE#60**

    **THIS CASE** came on to be heard on January 16, 2018, on the Objection to Claim of WELLS FARGO BANK, N.A.  (Claim #3-1), D.E. #60 and based on the record, it is

    **ORDERED** as follows:

1. That the Objection to Claim of WELLS FARGO BANK, N.A. DE 60 is continued to February 13, 2018, 9:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)547-1234
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.