

**ORDERED in the Southern District of Florida on February 14, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                     Case No. 16-20417-RAM

JOEL GARCIA PADRON,                        Chapter 13

      Debtor.
_____/

**AGREED ORDER CONTINUING HEARING ON MOTION TO DISMISS CASE WITH PREJUDICE OR IN THE ALTERNATIVE COMPEL DEBTORS TO FILE A MODIFIED CHAPTER 13 PLAN [D.E. 48]**

THIS CAUSE having been scheduled to come on to be heard on February 13, 2018 at 9:00 A.M., on the *Motion to Dismiss Case with Prejudice or in the Alternative Compel Debtors to File a Modified Chapter 13 Plan* [D.E. #48] (the "***Motion***"), and based upon the agreement of the parties it is,

    **ORDERED:**

    1.    The hearing to consider the Motion is continued to March 20, 2018 at 9:00 A.M. This hearing will be held at the C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

# # #

Submitted by:
Rachel L. Ahlum, Esq.
Aldridge | Pite LLP
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: RAhlum@aldridgepite.com

*Attorney Rachel L. Ahlum, Esq., is directed to mail a conformed copy of this Order to all interested parties and file a certificate of service reflecting service thereof.*