

**ORDERED in the Southern District of Florida on February 20, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**IN THE MATTER OF:**             **CASE NO. 16-20417-RAM**
**JOEL GARCIA PADRON**            **CHAPTER 13**

      Debtor,
_____/

**ORDER CONTINUING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.
(Claim 3-1) DE#60**

**THIS CASE** came on to be heard on February 13, 2018, on the Objection to Claim of WELLS FARGO BANK, N.A. (Claim #3-1), D.E. #60 and based on the record, it is

   **ORDERED** as follows:

1. That the Objection to Claim of WELLS FARGO BANK, N.A. DE 60 is continued to March 20, 2018, 9:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)547-1234
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.