**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                    Case No.: 16-20417-RAM

JOEL GARCIA PADRON,                                       Chapter 13 Case

        Debtor.

_____/

## EXPEDITED MOTION TO CONTINUE TRIAL
## ON OBJECTION TO CLAIM [D.E. 60]

**\*\*Basis for Exigency\*\***

> A trial is currently set for June 6, 2018 at 10:00 A.M. to consider the Debtor's Objection to Claim. The undersigned has been scheduled for a medical procedure, also on June 6, 2018, and is respectfully requesting a continuance of the June 6, 2018 trial in this matter in order to accommodate this conflict. The Court's Order Setting Hearing [D.E. 86] set pre-hearing deadlines which fall on May 30, 2018. The undersigned would request the Court schedule a hearing on this matter as soon as is practicable, but in any event in advance of the June 6, 2018 hearing.

Wells Fargo Bank, N.A., (the "Secured Creditor"), by and through undersigned counsel, files this *Motion To Continue Trial on Objection to Claim* [D.E. 60], and states as follows:

1. On July 27, 2016, Debtor commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Secured Creditor maintains a security interest in the Debtor's real property, located at 1078 NW 145th Street, Miami, Florida 33168 (the "Property"), by virtue of a recorded mortgage. On November 23, 2016, the Secured Creditor timely filed a secured *Proof of Claim* (the "Claim") [Claim No. 3] in the principal balance amount of $225,732.72, with an arrearage of $46,198.30.

3. On December 1, 2017, Debtor filed the *Objection to Claim #3* [D.E. 60] (the

"Objection").  The Secured Creditor filed a *Response* to the Objection on January 11, 2018 [D.E. 65] (the "Response").

4.    An evidentiary hearing to consider the Objection and the Response is currently scheduled for June 6, 2018 at 10:00 A.M. pursuant to this Court's Order [D.E. 86].

5.    The undersigned has been scheduled for a medical procedure which is also set for June 6, 2018.  This presents a conflict with the previously scheduled evidentiary hearing.

6.    The undersigned would respectfully request the entry of an Order continuing the June 6, 2018 hearing to another date as soon as is practicable after June 6, 2018, subject of course to the Court's availability.

7.    This request is not being requested for the purpose of delay, and upon reasonable belief will not prejudice any party.

8.    The undersigned consulted with the Debtor's counsel prior to the filing of this Motion, who advised that she did not anticipate an objection to the requested continuance, but that she was pending client consent regarding the same.

**WHEREFORE**, Secured Creditor respectfully requests the Court enter an Order continuing ; and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: May 25, 2018

/s/ Rachel L. Ahlum
Rachel L. Ahlum (SBN 91291)
RAhlum@aldridgepite.com
Aldridge | Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on May 25, 2018. Service was accomplished by the method and to the following BY ELECTRONIC NOTICE OR FIRST CLASS MAIL:

Joel Garcia Padron
1078 NW 145th Street
Miami, FL 33168

Ricardo Corona, Esq.
Debtor's Counsel
*Via ECF*

Nancy K. Neidich
Chapter 13 Standing Trustee
*Via ECF*

Office of the U.S. Trustee
*Via ECF*

/s/ Rachel L. Ahlum
Rachel L. Ahlum (SBN 91291)
RAhlum@aldridgepite.com
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147