ORDERED in the Southern District of Florida on May 30, 2018



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                            Case No. 16-20417-RAM

JOEL GARCIA PADRON,                               Chapter 13

        Debtor.
_____/

### AGREED ORDER GRANTING MOTION TO CONTINUE TRIAL [D.E. 88] ON OBJECTION TO CLAIM [D.E. 60]

THIS CAUSE was scheduled to be heard on June 5, 2018 at 10:00 A.M. to consider the *Motion to Continue Trial* [D.E. 88] (the "Motion") filed by the Secured Creditor, Wells Fargo Bank, N.A. The Court has reviewed the Motion and the record herein, and is advised that this matter is agreed. Therefore, it is,

**ORDERED:**

1.    The Motion to Continue is **GRANTED**.

2. The Court will conduct a continued hearing to consider the Debtor's Objection to Claim [D.E. 88] on July 25, 2018 at 10:30 A.M. This hearing will be held at the C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

###

Submitted by:

Rachel L. Ahlum, Esq.
Aldridge | Pite LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: RAhlum@aldridgepite.com

*Attorney Rachel L. Ahlum, Esq., is directed to mail a conformed copy of this Order to all interested parties and file a certificate of service reflecting service thereof.*

3. The hearing scheduled for June 5, 2018 on the Motion to Continue is cancelled as moot.

4. The deadline for the parties to comply with the prehearing requirements in paragraph 2 of the Court's April 24, 2018 Order [DE # 86] is July 18, 2018.